VIOLET HALL, APPELLEE, v. HITCHCOCK COUNTY, APPELLANT: HAYES COUNTY, APPELLEE.

298 N. W. 558

FILED JUNE 6, 1941. No. 31054.

*J. F. Ratcliff*, for appellant.

*Gerald G. Lefler, Butler, James & M'Carl* and *Cordeal, Colfer & Russell*, contra.

Heard before ROSE, EBERLY and YEAGER, JJ., and KROGER and ELLIS, District Judges.

YEAGER, J.

This is an action for damages which presents issues exactly the same as those presented in *Stitzel v. Hitchcock County*, ante, p. 700, 298 N. W. 555, and likewise this case was presented here without bill of exceptions.

The two cases were briefed and submitted together. The opinion in that case is controlling here.

REVERSED.